Magic Johnson Entertainment Inc.
Exhibit

| Vendor | Vendor_Name | Invoice | Invoice_Date | Inv_Paid_ Amount | Check | Check_Date | Check_Amount | Check_Clear_ Date_Report |
|---|---|---|---|---|---|---|---|---|
| 136121 | Magic Johnson Entertainment, Inc | 179 | 12/06/06 | 99,640.00 | 573142 | 01/10/07 | 99,640.00 | 01/26/07 |
| | | | | 99,640.00 | | | | |