**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| NEW CENTURY TRS HOLDINGS, INC., a Delaware Corporation, *et al.*, Debtors. | Case No. 07-10416 (KJC) (Jointly Administered) |
| ALAN M. JACOBS, AS LIQUIDATING TRUSTEE OF THE NEW CENTURY LIQUIDATING TRUST, Plaintiff, | Adv. Proc. Nos. [See Attached Exhibit A] (KJC) |
| - against - | |
| [SEE ATTACHED EXHIBIT A], Defendants. | |

**NOTICE OF FILING OF PROPOSED SCHEDULING ORDER**

**PLEASE TAKE NOTICE THAT** Alan M. Jacobs as the Liquidating Trustee (the "*Liquidating Trustee*" or "*Plaintiff*") of The New Century Liquidating Trust (the "*Liquidating Trust*"), by and through his co-counsel, Hahn & Hessen LLP and Blank Rome LLP, plaintiff in all of the above-captioned adversary proceedings, has filed the attached proposed scheduling order (the "Proposed Scheduling Order") with the United States Bankruptcy Court of the District of Delaware (the "Bankruptcy Court"). A copy of the Proposed Scheduling Order is attached

hereto as Exhibit B. The Liquidating Trustee intends to present the Proposed Scheduling Order to the Bankruptcy Court at the status conference scheduled on June 23, 2009 at 1:00 p.m.

Dated: Wilmington, Delaware
June 17, 2009

**BLANK ROME LLP**

/s/ *Elizabeth Sloan*
Bonnie Glantz Fatell (No. 3809)
David W. Carickhoff (No. 3715)
Elizabeth A. Sloan (No. 5045)
1201 Market Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 425-6400
Facsimile: (302) 425-6464

-and-

**HAHN & HESSEN LLP**
Mark S. Indelicato, Esq.
Edward L. Schnitzer, Esq.
488 Madison Avenue
New York, NY 10022
Telephone: (212) 478-7200
Facsimile: (212) 478-7400

*Co-Counsel for Liquidating Trustee*

# Exhibit A

| Name | Adversary Proceeding # |
|---|---|
| 3-S Ranch, LLC | 09-50575 |
| 4 Real investment Inc. d/b/a Low Quote | 09-50543 |
| ACE Parking Management, Inc. | 09-50517 |
| ADT Security Services, Inc. | 09-50521 |
| Agile 360, Inc. | 09-50519 |
| All Points Moving & Storage, LP | 09-50520 |
| Anthony Harmetz | 09-50531 |
| Avaya, Inc. | 09-50761 |
| BEA Systems, Inc. | 09-50523 |
| Bridge Capital Corporation | 09-50801 |
| Bryan Enterprises, Inc. d/b/a Bryan Press | 09-50804 |
| Canon Financial Services, Inc. | 09-50839 |
| CBC Companies a/k/a CBCInnovis, Inc. | 09-50698 |
| Centergistic Solutions, Inc. | 09-50533 |
| Coalition for Fair & Affordable Lending | 09-50524 |
| Check Printers, Inc. | 09-50525 |
| Choicepoint Precision Marketing, Inc. | 09-50702 |
| Cisco Systems Capital Corporation | 09-50700 |
| Client Services, Inc. a/k/a Client Services Customer Care, LLC | 09-50867 |
| Compel, LLC | 09-50803 |
| Congressional Hispanic Caucus Institute | 09-50534 |
| Corporate Executive Board Co. | 09-50527 |
| Corporate Search America, Inc. | 09-50574 |
| Konica Minolta Danka Imaging Company f/k/a/ Danka Office Imaging Company and d/b/a Danka Office Imaging | 09-50535 |
| David Masamitsu | 09-50580 |
| Direct Business Solutions, Inc. | 09-50583 |

| Name | Adversary Proceeding # |
|---|---|
| eWorld Technology Corp. d/b/a eWorld Technologies | 09-50536 |
| Federal National Association a/k/a Fannie Mae | 09-50838 |
| FGS-CA, Inc. d/b/a Webtrend, and Freedom Graphic Systems, Inc. d/b/a Webtrend | 09-50863 |
| Financial Statement Services, Inc. | 09-50553 |
| First American Home Loans, Inc. | 09-50868 |
| First Bankcard Center | 09-50559 |
| First Metropolitan Funding Corporation | 09-50869 |
| First Residential Mortgage Services Corp. | 09-50563 |
| FocusTribe Studios LLC | 09-50922 |
| Fusion Marketing Partners LLC n/k/a Fusion Contact Centers LLC | 09-50555 |
| Go Apply LLC f/k/a Go Apply, Inc. and d/b/a eLeadZ, Inc. and eLeadZ | 09-50757 |
| Hawaii Medical Service Association | 09-50545 |
| Homecomings Financial, LLC | 09-50857 |
| HR Plus | 09-50564 |
| Ikon Office Solutions, Inc. | 09-50875 |
| Internap Network Services Corporation | 09-50540 |
| ISO Properties, Inc. d/b/a Interthinx | 09-50544 |
| Iris Libby Recruitment Consultants Corp | 09-50602 |
| Jack Davis & Associates | 09-50814 |
| JCG Technologies, Inc. | 09-50566 |
| John Dobrowolski | 09-50881 |
| Keane, Inc | 09-50815 |
| KPMG LLP | 09-50876 |
| KST Data, Inc. | 09-50743 |
| KW Technical Solutions, Inc | 09-50810 |
| LandAmerica Default Services, Inc. a/k/a LandAmerica Default Services Company | 09-50748 |

| Name | Adversary Proceeding # |
|---|---|
| Lipson Neilson, Cole, Seltzer, Garin P.C. | 09-50599 |
| First American Corelogic, Inc. d/b/a LOAN PERFORMANCE | 09-50546 |
| M.H. Springer & Associates, Inc. | 09-50811 |
| Magic Johnson Entertainment, Inc. | 09-50558 |
| Master Control Enterprises, Inc. | 09-50595 |
| Mortgage Electronic Registration Systems, Inc. | 09-50556 |
| National Association of Mortgage Brokers a/k/a NAMB | 09-50548 |
| National Community Reinvestment Coalition | 09-50609 |
| National Creditors Connection, Inc. | 09-50542 |
| National Field Representatives, Inc. | 09-50880 |
| National Multi Housing Counsel d/b/a First American Real Estate Solutions | 09-50813 |
| Nextel Communications, Inc. | 09-50871 |
| NYSE Market, Inc | 09-50541 |
| Office Depot, Inc. | 09-50557 |
| Office Max, Inc. | 09-50560 |
| Opus Solutions, LLC | 09-50547 |
| Orange County Business Council | 09-50604 |
| PACIFIC NETSOFT, Inc. | 09-50539 |
| Pathfinder Technologies, Inc. | 09-50567 |
| Phoenix Speakers Bureau, Inc. | 09-50565 |
| Pinnacle Home Loans, Inc. | 09-50840 |
| Qualigence, Inc. | 09-50858 |
| Quality-Quotes.com, LLC | 09-50843 |
| QUICKAPPLY, INC. | 09-50844 |
| Reed Elsevier, Inc. d/b/a LexisNexis | 09-50568 |
| Residential Mortgage Solution, LLC | 09-50861 |

| Name | Adversary Proceeding # |
|---|---|
| Resources Global Professionals, Inc. | 09-50853 |
| Robert Half International d/b/a The Creative Group | 09-50864 |
| Robert Kane, Divina Duey, Renato Duey and Alvin Caparaz | 09-50854 |
| Safeco Insurance Company of America d/b/a SAFECO SELECT INSURANCE SERVICES | 09-50860 |
| Sextant Search Partners, LLC | 09-50847 |
| SIRVA Relocation, LLC | 09-50848 |
| SHI Internatonal Corp. f/k/a Software House International, Inc. | 09-50849 |
| SourceMedia,Inc. | 09-50850 |
| Sprint Nextel Corporation d/b/a Sprint | 09-50870 |
| Standard Parking Corporation | 09-50851 |
| Stern Stewart & Co. | 09-50852 |
| Strategies R Us, Inc. | 09-50836 |
| Sughrue, Mion, Zinn, MacPeak & Seas PLLC | 09-50835 |
| Sun Life Assurance Company of Canada | 09-50872 |
| The Acuity Group, LLC | 09-50829 |
| The Andre Group Inc. | 09-50827 |
| The Boston Consulting Group,Inc. | 09-50874 |
| Thomson Reuters Inc. f/k/a The Thomson Corporation d/b/aTHOMSON FINANCIAL CORPORATE GROUP | 09-50825 |
| Thomson Reuters Inc. f/k/a Thomson West d/b/a West | 09-50824 |
| T-Mobile Usa, Inc. | 09-50828 |
| Towne, Inc. d/b/a Allpoints Communications | 09-50826 |
| Trimark Funding Inc. | 09-50873 |
| Union Fidelity Mortgage, Inc. | 09-50823 |
| Universal Protection Service, Inc. | 09-50822 |
| Wolters Kluwer Financial Services, Inc. | 09-50862 |
| Vocus, Inc. | 09-50821 |

| Name | Adversary Proceeding # |
|---|---|
| Western Regional Mortgage Brokers Conf. a/k/a WRMBC | 09-50820 |
| Willis of Arizona, Inc. | 09-50819 |
| Wolfe & Wyman, LLP | 09-50817 |
| Wyndham Orange County Hotel | 09-50816 |

# Exhibit B

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| NEW CENTURY TRS HOLDINGS, INC., a Delaware Corporation, *et al.*, Debtors. | Case No. 07-10416 (KJC) (Jointly Administered) |
| ALAN M. JACOBS, AS LIQUIDATING TRUSTEE OF THE NEW CENTURY LIQUIDATING TRUST, Plaintiff, | Adv. Proc. Nos. [See Attached Exhibit A] (KJC) |
| - against - | |
| [SEE ATTACHED EXHIBIT A], Defendants. | |

## SCHEDULING ORDER

To promote the efficient and expeditious disposition of adversary proceedings, the following schedule shall apply to each of the above-captioned adversary proceedings.

**IT IS HEREBY ORDERED THAT:**

1. The above-captioned plaintiff (the "Plaintiff") and defendants (each a "Defendant" and, together with Plaintiff, the "Parties") shall complete the discovery planning conference described in Fed. R. Civ. P. 26(f), made applicable by Fed. R. Bankr. P. 7026, by no later than July 24, 2009.

2. The Parties shall exchange their initial disclosures under Fed. R. Civ. P. 26(a)(1), made applicable by Fed. R. Bankr. P. 7026, by no later than August 21, 2009.

3. Written fact discovery (i.e., requests for the production of documents, interrogatories and requests for admission) may be served from and after August 28, 2009, and shall be initiated so as to be completed by January 29, 2010.

4. Mediation shall be conducted pursuant to the Court's General Order Regarding Procedures in Adversary Proceedings entered by the Honorable Mary F. Walrath on April 7, 2004 (as amended by general order entered on April 11, 2005) and as provided herein. On or prior to November 13, 2009, the Parties shall file a stipulation regarding appointment of a mediator or a statement that the parties cannot agree on a mediator and a request that the Court select and appoint a mediator to the proceeding. All mediations shall be concluded by January 29, 2010.

5. Fact depositions may be noticed for a date on or after February 1, 2010, and shall be noticed so as to be concluded by April 9, 2010.

6. Any expert report required pursuant to Fed. R. Civ. P. 26(a)(2)(B) shall be served by the party which bears the burden of proof for that issue, not including any report by Plaintiff on insolvency of the Debtors, by April 30, 2010. If any Defendant intends to provide expert testimony regarding the insolvency of the Debtors, any such expert report must be provided by April 30, 2010. Any expert report by Plaintiff on the insolvency of the Debtors, as well as any Parties' expert report intended to rebut any other expert report, shall be provided by June 25, 2010. Defendant shall provide any expert report intended to rebut any report on insolvency by Plaintiff on or before July 9, 2010. All reports shall provide the information required by Fed. R. Civ. P. 26(a)(2)(B). All expert discovery shall be completed, and discovery shall close, by August 6, 2010.

7. All dispositive motions shall be filed and served by August 27, 2010, and shall be subject to Rule 7007 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware.

8. The Court will hold a status conference on _______________________, 2010, at which time the Court will consider (among other things) setting a trial date(s) for these proceedings.

9. The Parties shall comply with the General Order Re: Pretrial Procedures in Adversary Proceedings Set for Trial Before Judge Kevin J. Carey. The Parties shall file, no later than three (3) days prior to the date for (i) pre-trial conference (if one is scheduled) or (ii) trial, their Joint Pretrial Memorandum approved by all counsel and shall contemporaneously deliver two (2) copies thereof to Judge Carey's chambers.

10. Plaintiff also shall file a status report every sixty (60) days after the date of this scheduling order, and thirty (30), twenty (20) and ten (10) days prior to trial, setting out the status of each unresolved adversary proceeding subject to this Order. Plaintiff shall immediately advise Chambers, in writing, of any occurrence or circumstance which Plaintiff believes may suggest or necessitate the adjournment or other modification of the trial setting.

11. Deadlines contained in this Scheduling Order may be modified either by Stipulation of the Parties without further order of the Court or by the Court for good cause shown.

12. Plaintiff shall serve this Scheduling Order on each Defendant within five (5) business days after the entry of this Order.

Dated: June _____, 2009
Wilmington, Delaware

_______________________________________
KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE