**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re | : | CHAPTER 11 |
| | : | (Jointly Administered) |
| **NEW CENTURY TRS HOLDINGS, INC,** | : | |
| *et al.*[1] | : | Case No. 07-10416 (KJC) |
| | : | |
| Debtors | : | |

**REASSIGNMENT ORDER**

AND NOW, this 31st day of January, 2014, the Honorable Kevin J. Carey having requested reassignment of the Debtors' chapter 11 cases and all adversary proceedings related thereto, except for matters which are currently under advisement before Judge Carey (the "Retained Matters"),[2] it is hereby **ORDERED** that the Clerk of the Court shall reassign the

[1] By Order dated April 3, 2007 (D.I. 52), the chapter 11 cases of the following related entities are being jointly administered: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation (Case No. 07-10417); New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation (Case No. 07-10416); New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporation, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation (Case No. 07-10419); NC Capital Corporation, a California corporation (Case No. 07-10420); Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation (Case No. 07-10421); New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation (Case No. 07-10422); NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership (Case No. 07-10423); NC Residual III Corporation, a Delaware corporation (Case No. 07-10424); NC Residual IV Corporation, a Delaware corporation (Case No. 07-10425); New Century R.E.O. Corp., a California corporation (Case No. 07-10426); New Century R.E.O. II Corp., a California corporation (Case No. 07-10427); New Century R.E.O. III Corp., a California corporation (Case No. 07-10428); New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company (Case No. 07-10429); NC Deltex, LLC, a Delaware limited liability company (Case No. 07-10430); and NCoral, L.P., a Delaware limited liability partnership (Case No. 07-10431) (collectively, the "Debtors").

[2] The Retained Matters include:

(I) The Debtors' Eighteenth Omnibus Objection: Substantive Objection Pursuant to 11 U.S.C. Sections 502, 503, 506 and 507, Bankruptcy Rules 3007 and 9014, and Local

Debtors' chapter 11 cases and all adversary proceedings related thereto, except for the Retained Matters, in accordance with the Court's random assignment procedure.

BY THE COURT:

KEVIN GROSS
CHIEF UNITED STATES BANKRUPTCY JUDGE

cc: Alan M. Root, Esquire[3]

Rule 3007-1 to Certain (A) Books and Records Claims; (B) Insufficient Documentation Claims; (C) Multiple-Debtor Duplicate Claims; and (D) Reduced and/or Reclassified Claims [D.I. 5537] with respect to the Debtors' objection to Claim No. 3759 filed by Pierre Augustin;

(ii) Motion of Kimberly S. Cromwell, *pro se*, to Consider Proof of Claim Timely Filed [D.I. 10113];

(iii) New Century Liquidating Trust's Forty-Second Omnibus Objection to Claims Pursuant to 11 U.S.C. §502(b) and Fed. R. Bankr. P. 3001, 3007 and Local Rule 3007-1 [Non-Substantive] [D.I. 10562] with respect to the Trust's objection to the claim of Karan Russell;

(iv) Motion of Christine Konar, *pro se*, to Consider Proof of Claim Timely Filed [D.I.10743], and the Motion of Christine Konar to file Amended Proof of Claim [D.I. 10744];

(v) Motion of Alfred A. Silva, *pro se*, to Consider Proof of Claim Timely Filed [Adv. No. 11-53199, D.I. 2];

(vi) Motion of New Century Liquidating Trust to Dismiss Adversary Proceeding Complaint in *Konar v. New Century TRS Holdings, Inc.* [Adv. No. 12-50187, D.I. 5]; and

(vii) Motion of JP Morgan Chase Bank, NA and Chase Home Finance LLC to Dismiss Verified Complaint in *Carr v. JP Morgan Chase Bank, NA* [Adv. No. 13-51058, D.I. 13]

[3] Counsel shall serve a copy of this Order upon all interested parties and file a Certificate of Service with the Court.